WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada State Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant, Planet Home Lending, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY WALTER NORRIS, an individual; and JACQUELINE COLETTE NORRIS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PLANET HOME LENDING, LLC, a Foreign Limited-Liability Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No.: 2:22-cv-00662-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT PLANET HOME LENDING, LLC'S DEADLINE TO RESPOND TO THE COMPLAINT** |

Plaintiffs Gregory Walter Norris and Jacqueline Colette Norris (collectively "Plaintiffs") and Defendant Planet Home Lending, LLC ("PHL"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on April 21, 2022, Plaintiffs filed a Complaint against PHL. ECF No. 1.

WHEREAS, Plaintiffs sent a request for waiver of service to PHL on April 22, 2022, which PHL executed and the deadline for PHL to file a response to the Complaint is currently set for June 22, 2022.

1  WHEREAS, Plaintiffs and PHL are attempting to reach a resolution in lieu of proceeding
2  with the litigation and agree that an extension of the time for PHL to respond to the Complaint
3  will assist that parties in focusing on early resolution.
4  WHEREFORE, based on the foregoing,
5  IT IS HEREBY STIPULATED AND AGREED that the deadline for PHL to file a response to the
6  Complaint is extended to July 29, 2022.
7  IT IS SO STIPULATED.
8  DATED this 22nd day of June, 2022.            DATED this 22nd day of June, 2022.

WRIGHT, FINLAY & ZAK, LLP                    COGBURN LAW

/s/ Christina V. Miller, Esq.                /s/ Erik W. Fox, Esq.
Christina V. Miller, Esq.                    Erik W. Fox, Esq.
Nevada Bar No. 12448                         Nevada Bar No. 8804
7785 W. Sahara Ave., Suite 200               2580 St. Rose Pkwy., Suite 330
Las Vegas, Nevada 89117                      Henderson, Nevada 89074
*Attorneys for Defendant, Planet Home        *Attorney for Plaintiffs Gregory Walter
Lending, LLC*                                *Norris and Jacqueline Colette Norris*

**IT IS SO ORDERED.**

DATED:  June 24, 2022

_____
UNITED STATES MAGISTRATE JUDGE