WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada State Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant, Planet Home Lending, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY WALTER NORRIS, an individual; and JACQUELINE COLETTE NORRIS, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>PLANET HOME LENDING, LLC, a Foreign Limited-Liability Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>　　　　　Defendants. | Case No.:   2:22-cv-00662-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT PLANET HOME LENDING, LLC'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>**[THIRD REQUEST]** |

　　　　Plaintiffs Gregory Walter Norris and Jacqueline Colette Norris (collectively "Plaintiffs") and Defendant Planet Home Lending, LLC ("PHL"), by and through their counsel of record, hereby stipulate and agree as follows:

　　　　WHEREAS, on April 21, 2022, Plaintiffs filed a Complaint against PHL. ECF No. 1.

　　　　WHEREAS, Plaintiffs sent a request for waiver of service to PHL on April 22, 2022, which PHL executed and the deadline for PHL to file a response to the Complaint was set for June 22, 2022.

///

///

1      WHEREAS, the parties stipulated and agreed that PHL's responsive pleading deadline
2  should be continued from June 22, 2022, to July 29, 2022, which was granted by this Court. *See*
3  ECF No. 11. A second request for extension was obtained and PHL's responsive deadline was
4  continued to August 26, 2022. ECF No. 17.

5      WHEREAS, Plaintiffs and PHL are actively engaged in their attempts to reach a resolution
6  in lieu of proceeding with the litigation and agree that a further extension of the time for PHL to
7  respond to the Complaint will assist that parties in focusing on early resolution.

8      WHEREFORE, based on the foregoing,

9      IT IS HEREBY STIPULATED AND AGREED that the deadline for PHL to file a response
10 to the Complaint should be extended to September 26, 2022.

11     IT IS SO STIPULATED.

12 DATED this 25th day of August, 2022.      DATED this 25th day of August, 2022.

13 WRIGHT, FINLAY & ZAK, LLP      COGBURN LAW

*/s/ Christina V. Miller, Esq.*      */s/ Erik W. Fox*
Christina V. Miller, Esq.      Erik W. Fox, Esq.
Nevada Bar No. 12448      Nevada Bar No. 8804
7785 W. Sahara Ave., Suite 200      2580 St. Rose Pkwy., Suite 330
Las Vegas, Nevada 89117      Henderson, Nevada 89074
*Attorneys for Defendant, Planet Home Lending, LLC*      *Attorney for Plaintiffs Gregory Walter Norris and Jacqueline Colette Norris*

    **IT IS SO ORDERED.**

    DATED:  8-25-2022

    UNITED STATES MAGISTRATE JUDGE