WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada State Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant, Planet Home Lending, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY WALTER NORRIS, an individual; and JACQUELINE COLETTE NORRIS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PLANET HOME LENDING, LLC, a Foreign Limited-Liability Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No.:  2:22-cv-00662-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT PLANET HOME LENDING, LLC'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>**[FOURTH REQUEST]** |

Plaintiffs Gregory Walter Norris and Jacqueline Colette Norris (collectively "Plaintiffs") and Defendant Planet Home Lending, LLC ("PHL"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on April 21, 2022, Plaintiffs filed a Complaint against PHL. ECF No. 1.

WHEREAS, Plaintiffs sent a request for waiver of service to PHL on April 22, 2022, which PHL executed and the deadline for PHL to file a response to the Complaint was set for June 22, 2022.

///

///

1   WHEREAS, the parties stipulated and agreed that PHL's responsive pleading deadline
2   should be continued from June 22, 2022, to July 29, 2022, which was granted by this Court. *See*
3   ECF No. 11. A second request for extension was obtained and PHL's responsive deadline was
4   continued to August 26, 2022. ECF No. 17. A third request for extension was obtained and PHL's
5   responsive deadline was continued to September 26, 2022. ECF No. 19.

6   WHEREAS, Plaintiffs and PHL are still actively engaged in their attempts to reach a
7   resolution in lieu of proceeding with the litigation and agree that a further extension of the time
8   for PHL to respond to the Complaint will assist that parties in focusing on resolution.

9   WHEREFORE, based on the foregoing,

10   IT IS HEREBY STIPULATED AND AGREED that the deadline for PHL to file a response
11   to the Complaint should be extended by thirty days to October 26, 2022.

12   IT IS SO STIPULATED.

13   DATED this 23rd day of September, 2022.          DATED this 23rd day of September, 2022.

WRIGHT, FINLAY & ZAK, LLP                            COGBURN LAW

*/s/ Christina V. Miller, Esq.*                      */s/ Erik W. Fox*
Christina V. Miller, Esq.                            Erik W. Fox, Esq.
Nevada Bar No. 12448                                 Nevada Bar No. 8804
7785 W. Sahara Ave., Suite 200                       2580 St. Rose Pkwy., Suite 330
Las Vegas, Nevada 89117                              Henderson, Nevada 89074
*Attorneys for Defendant, Planet Home                *Attorney for Plaintiffs Gregory Walter
Lending, LLC*                                        Norris and Jacqueline Colette Norris*

**IT IS SO ORDERED.**
DATED: 9-23-2022 _____

_____
UNITED STATES MAGISTRATE JUDGE