WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada State Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant, Planet Home Lending, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY WALTER NORRIS, an individual; and JACQUELINE COLETTE NORRIS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PLANET HOME LENDING, LLC, a Foreign Limited-Liability Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No.:   2:22-cv-00662-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT PLANET HOME LENDING, LLC'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>**[FIFTH REQUEST]** |

Plaintiffs Gregory Walter Norris and Jacqueline Colette Norris (collectively "Plaintiffs") and Defendant Planet Home Lending, LLC ("PHL"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on April 21, 2022, Plaintiffs filed a Complaint against PHL. ECF No. 1.

WHEREAS, Plaintiffs sent a request for waiver of service to PHL on April 22, 2022, which PHL executed and the deadline for PHL to file a response to the Complaint was set for June 22, 2022.

///

///

1  WHEREAS, the parties stipulated and agreed that PHL's responsive pleading deadline
2  should be continued from June 22, 2022, to July 29, 2022, which was granted by this Court. *See*
3  ECF No. 11. A second request for extension was obtained and PHL's responsive deadline was
4  continued to August 26, 2022. ECF No. 17. A third request for extension was obtained and PHL's
5  responsive deadline was continued to September 26, 2022. ECF No. 19. A fourth request for
6  extension was obtained and PHL's responsive deadline was continued to October 26, 2022. ECF
7  No. 21.
8  WHEREAS, Plaintiffs and PHL are still actively engaged in their attempts to reach a
9  resolution in lieu of proceeding with the litigation and agree that a further brief 14-day extension
10 of the time for PHL to respond to the Complaint will assist that parties in focusing on resolution.
11 WHEREFORE, based on the foregoing,
12 IT IS HEREBY STIPULATED AND AGREED that the deadline for PHL to file a response
13 to the Complaint should be extended by fourteen (14) days to November 9, 2022.
14 IT IS SO STIPULATED.

15 DATED this 25th day of October, 2022.          DATED this 25th day of October, 2022.

16 WRIGHT, FINLAY & ZAK, LLP                      COGBURN LAW

17 */s/ Christina V. Miller, Esq.*                */s/ Erik W. Fox*
18 Christina V. Miller, Esq.                       Erik W. Fox, Esq.
   Nevada Bar No. 12448                            Nevada Bar No. 8804
19 7785 W. Sahara Ave., Suite 200                  2580 St. Rose Pkwy., Suite 330
20 Las Vegas, Nevada 89117                         Henderson, Nevada 89074
   *Attorneys for Defendant, Planet Home           *Attorney for Plaintiffs Gregory Walter
21 Lending, LLC*                                   *Norris and Jacqueline Colette Norris*

24 **IT IS SO ORDERED.**
25 DATED: 10-25-2022

27 _____
   UNITED STATES MAGISTRATE JUDGE

Page 2 of 2