1 | COGBURN LAW
Jamie S. Cogburn, Esq.
2 | Nevada Bar No. 8409
jsc@cogburncares.com
3 | Erik W. Fox, Esq.
Nevada Bar No. 8804
4 | ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
5 | Henderson, NV 89074
Telephone: (702) 748-7777
6 | Facsimile: (702) 966-3880
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| GREGORY WALTER NORRIS, an individual; and JACQUELINE COLETTE NORRIS, an individual, | Case Number: 2:22-cv-00662-JCM-VCF |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |
| PLANET HOME LENDING, LLC, a Foreign Limited-Liability Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiffs, Gregory Walter Norris and Jacqueline Colette Norris ("Plaintiffs") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiffs' claims

asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 8th day of November, 2022.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, NV 89074
    *Attorneys for Plaintiffs*

Dated this 8th day of November, 2022.

CLARK HILL PLLC

By: */s/Gia N. Marina*
    Gia N. Marina, Esq.
    Nevada Bar No. 15276
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, NV 89169
    *Attorney for Equifax Information Services LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

November 10, 2022
_____
DATE