J. COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@jcogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@jcogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY WALTER NORRIS, an individual; and JACQUELINE COLETTE NORRIS, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>PLANET HOME LENDING, LLC, a Foreign Limited-Liability Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>　　　　　　　　Defendants. | Case Number:<br>2:22-cv-00662-JCM-VCF |

**SUBSTITUTION OF COUNSEL FOR PLAINTIFFS**

The signed document can be validated at https://app.vinesign.com/Verify

Plaintiffs, Gregory Walter Norris and Jacqueline Colette Norris, hereby substitute Jamie S. Cogburn, Esq. and Erik W. Fox, Esq. of J. Cogburn Law, as counsel of record in the above-captioned matter in the place and stead of Cogburn Law.

Dated   01/11/2023   .

_____
Gregory Walter Norris
*Plaintiff*

Dated   01/11/2023   .

_____
Jacqueline Colette Norris
*Plaintiff*

The undersigned, on behalf of Cogburn Law, hereby consents to the subsitution of J. Cogburn Law as counsel of record for Plaintiffs, Gregory Walter Norris and Jacqueline Colette Norris, in the above-captioned matter in the place and stead of Cogburn Law.

Dated this 11th day of January, 2023.

COGBURN LAW

By:   /s/Jamie S. Cogburn
      Jamie S. Cogburn, Esq.
      Nevada Bar No. 8409
      Erik W. Fox, Esq.
      Nevada Bar No. 8804
      2580 St. Rose Parkway, Suite 330
      Henderson, NV 89074

The undersigned, on behalf of J. Cogburn Law, hereby agrees to be subsituted as counsel of record for Plaintiffs, Gregory Walter Norris and Jacqueline Colette Norris, in the above-captioned matter in the place and stead of Cogburn Law.

Dated this 11th day of January, 2023.

J. COGBURN LAW

By: /s/Jamie S. Cogburn
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
1-11-2023

DATED _____

*NOTE TO COURT AND ALL INTERESTED PARTIES: This is not a firm name change. Cogburn Law is dissolving and J. Cogburn Law is a new firm formed by Jamie S. Cogburn, Esq. Joining Mr. Cogburn at J. Cogburn Law are Erik W. Fox, Esq., Joseph J. Troiano, Esq., and Hunter S. Davidson, Esq.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 11th day of January, 2023.

☒   I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/*Katie Johnson*
An employee of J. Cogburn Law