J. COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@jcogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY WALTER NORRIS, an individual; and JACQUELINE COLETTE NORRIS, an individual, <br><br>          Plaintiffs, <br><br> vs. <br><br> PLANET HOME LENDING, LLC, a Foreign Limited-Liability Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company, <br><br>          Defendants. | Case Number: <br> 2:22-cv-00662-JCM-VCF <br><br> **STIPULATION TO EXTEND DISCOVERY AND CASE MANAGEMENT DEADLINES** <br><br> **(SECOND REQUEST)** |

The Parties herein submit this Stipulation to Extend Discovery and Case Management Deadlines pursuant to LR IA 6-1 and 6-2, and Local Rule 26-3. This is the Parties second request to extend the discovery and case management deadlines in this matter.

On December 7, 2022, the Court adopted the Parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 30), followed by the Parties' First Stipulation to Extend Discovery and Case Management Deadlines, filed on March 7, 2023, which set the current discovery deadlines.

Pursuant to Local Rule 26-3,

A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

The Parties seek the extension of discovery in this matter because they are in the process of trying to resolve the matter before the cost of litigation increases exponentially, which would harm any settlement discussions currently underway.

I.  **DISCOVERY COMPLETED TO DATE**

The Parties have exchanged initial disclosures. Further, Plaintiffs set the FRCP 30(b)(6) deposition of Planet Home Lending, LLC ("Planet") with a request for documents. The Parties agreed to cancel the deposition until after such time that the documents were provided and reviewed. Planet produced the requested documents on March 29, 2023, and the Parties have actively been involved in settlement negotiations. Lead counsel for Plaintiffs is currently the Nevada Justice Association President and part of the duties include being in Carson City, Nevada for the legislative session and lobbying on behalf of the organization. Unfortunately, these activities took more time than expected and counsel was unable to dedicate the appropriate time to this matter during the legislative session, which ended on June 5, 2023.

While the Parties feel that they are close to an agreement, the Parties agree that this second extension of the discovery deadlines and trial is appropriate and is made in good faith, and not for reasons of delay or for any other untoward purpose.

## II. DISCOVERY REMAINING

The Parties have yet to serve any written discovery, other than the request for documents included in the FRCP 30(b)(6) deposition, disclose experts, and take the depositions of parties, witnesses, and any experts.

## III. STATEMENT CONCERNING INCOMPLETE DISCOVERY

As stated above, the Parties have been involved in settlement discussions and have agreed to postpone discovery in an effort to conserve costs. However, if they are unable to reach a settlement, Plaintiffs will move forward with Planet's FRCP 30(b)(6) deposition. The Parties will also need to make their expert disclosures, take additional depositions, and serve and respond to written discovery.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

## IV. PROPOSED SCHEDULE

Accordingly, the Parties request adoption of the following deadlines:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline to complete discovery | August 7, 2023 | **November 7, 2023** |
| Deadline to amending the pleadings/add parties | CLOSED | **n/a** |
| Deadline to serve initial expert disclosures | June 8, 2023 | **September 8, 2023** |
| Deadline to serve rebuttal expert disclosures | July 10, 2023 | **October 10, 2023** |
| Deadline to file dispositive motions | September 6, 2023 | **December 7, 2023** |
| Deadline to file Joint Pre-Trial Order | October 6, 2023 | **January 8, 2024** |

All other provisions of the Parties' original Stipulated Discovery Plan and Scheduling Order still apply.

Dated this 7th day of June, 2023.                    Dated this 7th day of June, 2023.

J. COGBURN LAW                                        WRIGHT, FINLAY & ZAK, LLP

By: */s/Jamie S. Cogburn*                             By: */s/Christina V. Miller*
    Jamie S. Cogburn, Esq.                              Christina V. Miller, Esq.
    Nevada Bar No. 8409                                 Nevada Bar No. 12448
    2580 St. Rose Parkway, Suite 330                    7785 W. Sahara Avenue, Suite 200
    Henderson, NV 89074                                 Las Vegas, NV 89117
    *Attorneys for Plaintiffs*                          *Attorneys for Defendant, Planet Home Lending, LLC*

## ORDER

IT IS SO ORDERED.

6-8-2023

DATE                                                  ~~UNITED STATES DISTRICT JUDGE or~~
                                                                 UNITED STATES MAGISTRATE JUDGE