WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Ramir M. Hernandez
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Planet Home Lending, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY WALTER NORRIS, an individual; and JACQUELINE COLETTE NORRIS, an individual,<br><br>Plaintiffs,<br>vs.<br><br>PLANET HOME LENDING, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; and TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No.:   2:22-cv-00662-JCM-VCF<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>**(Fourth Request)** |

Defendant Planet Home Lending, LLC ("PHL"), and Plaintiffs Gregory Walter Norris and Jacqueline Colette Norris, ("Plaintiffs" and collectively the "Parties"), by and through their undersigned counsel of record, hereby respectfully submit this Stipulation to Extend Discovery Deadlines (Fourth Request) pursuant to LR 26-4 and LR IA6-1. The current discovery deadline is January 8, 2024. The Parties request that this and corresponding deadlines be extended 60 days to accommodate pending written discovery requests and the notices of depositions of PHL's 30(b)(6) representative and Plaintiffs. This is the Parties fourth request for an extension of the deadlines.

**DISCOVERY COMPLETED.**

1.  On December 21, 2022, PHL served its Initial Disclosures.

    2.    On December 23, 2022, Plaintiffs served their Initial Disclosures.

    3.    On January 13, 2023, Plaintiff served a Notice of Planet Home Lending, LLC's Rule 30(b)(6) Deposition and their Written Request for Production on PHL.

    4.    On January 24, 2023, PHL served its First Supplemental Disclosures.

    5.    On February 7, 2023, Plaintiffs served a Notice of Cancellation of Deposition of the 30(b)(6) representative for Planet Home Lending, LLC.

    6.    On March 29, 2023, PHL served its Responses to Plaintiffs' Request for Production.

    7.    On October 4, 2023, PHL served its Written Discovery Requests (Requests for Admission, Interrogatories, and Requests for Production) on Plaintiffs.

    8.    On October 17, 2023, Plaintiff served a Notice of Planet Home Lending, LLC's Rule 30(b)(6) Deposition.

    9.    On October 19, 2023, PHL served a Notice of Plaintiffs' Depositions.

    10.    On November 16, 2023, PHL served an Amended Notice of Plaintiffs' Depositions.

    11.    On November 20, 2023, Plaintiffs served their First Supplemental Disclosures.

    12.    On November 27, 2023, Plaintiffs served their Responses to PHL's Written Discovery Requests (Requests for Admission, Interrogatories, and Requests for Production).

    13.    On December 7, 2023, PHL served a Second Amended Notice of Plaintiffs' Depositions.

    14.    On December 18, 2023, Plaintiffs served their Second Supplemental Disclosures.

**I.    SPECIFIC DESCRIPTION OF DISCOVERY THAT REMAINS TO BE COMPLETED.**

    1.    PHL's Rule 30(b)(6) Deposition – pending new date.

    2.    Plaintiffs' Depositions – currently set for December 22, 2023.

**II.    REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN TIME LIMITS SET BY DISCOVERY PLAN.**

The parties have been in active settlement discussion regarding this case since its inception and were hopeful that a resolution would come by now. The parties are still discussing settlement and are hopeful that they can soon come to a resolution prior to the reset discovery deadline. The only

discovery remaining is the depositions of the parties. The parties may also request a settlement conference either prior to or after the close of discovery. Moreover, the parties entered into a Stipulated Protective Order on November 30, 2023, and documents subject to the protective order are in the process of being produced via discovery.

## III.  PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY AND RELATED DEADLINES.

1. Expert Disclosures (initial) – deadline passed
2. Expert Disclosures (rebuttal) – deadline passed
3. Discovery cut off deadline –March 8, 2024
4. Dispositive motion deadline –April 8, 2024
5. Pre-Trial order deadline – May 7, 2024

The Parties submit this stipulation in good faith and not for purposes of delay or to prejudice to any party.

DATED this 19th day of December, 2023.

| WRIGHT, FINLAY & ZAK, LLP | J. COGBURN LAW |
|---|---|
| /s/ Ramir M. Hernandez<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant, Planet Home Lending, LLC* | /s/ Jamie Cogburn<br>Jamie Cogburn, Esq.<br>Nevada Bar No. 8409<br>2580 St. Rose Pkwy., Suite 330<br>Henderson, Nevada 89074<br>*Attorneys for Plaintiffs, Gregory Walter Norris and Jacqueline Colette Norris* |

**IT IS SO ORDERED.**

DATED: December 20, 2023

_____
CAM FERENBACH,
US MAGISTRATE JUDGE