WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada State Bar No. 12448
Ramir M. Hernandez
Nevada State Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Planet Home Lending, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY WALTER NORRIS, an individual; and JACQUELINE COLETTE NORRIS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PLANET HOME LENDING, LLC, a Foreign Limited-Liability Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No.: 2:22-cv-00662-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiffs, Gregory Walter Norris and Jacqueline Colette Norris, and Defendant Planet Home Lending, LLC (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1     **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed
2 WITH PREJUDICE, with each party to bear its own fees and costs.

3   DATED this 20th day of May, 2024.       DATED this 20th day of May, 2024.

WRIGHT, FINLAY & ZAK, LLP       J. COGBURN LAW

*/s/ Ramir M. Hernandez*       */s/ Jamie Cogburn*
Christina V. Miller, Esq.       Jamie Cogburn, Esq.
Nevada Bar No. 12448       Nevada Bar No. 8409
Ramir M. Hernandez, Esq.       2580 St. Rose Pkwy., Suite 330
Nevada Bar No. 13146       Henderson, Nevada 89074
7785 W. Sahara Ave., Suite 200       *Attorneys for Plaintiffs, Gregory Walter*
Las Vegas, NV 89117       *Norris and Jacqueline Colette Norris*
*Attorneys for Defendant, Planet Home Lending, LLC*

**IT IS SO ORDERED.**

DATED: June 24, 2024

_____
UNITED STATES DISTRICT COURT JUDGE